■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE CASTRO, Appellant.—Judgment unanimously affirmed. Memorandum: Viewing the evidence in the light most favorable to the prosecution, we conclude that defendant's conviction of assault in the second degree *(see,* Penal Law § 120.05 [4]) is supported by legally sufficient evidence *(see, People v Bleakley,* 69 NY2d 490, 495). Upon the exercise of our factual review power, we are satisfied that the verdict was not against the

weight of the evidence (see, People v Bleakley, supra, at 495). Finally, defendant's sentence was not harsh and excessive. (Appeal from judgment of Monroe County Court, Connell, J.— assault, second degree.) Present—Doerr, J. P., Boomer, Lawton, Davis and Lowery, JJ.